IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KATHERINE VIDRINE**                                                                                    **PLAINTIFF**

**VS.**                                                                        **CAUSE NO.: 1:22-cv-241-TBM-RPM**

**EVANSTON INSURANCE COMPANY**                                                           **DEFENDANT**

## AGREED ORDER OF DISMISSAL OF PLAINTIFF'S *VEASLEY* AND EXTRA-CONTRACTUAL CLAIMS WITH PREJUDICE

**THIS CAUSE** having come on for consideration, upon the joint *ore tenus* motion of the parties, requesting the dismissal of Plaintiff Katherine Vidrine's *Veasley* and extracontractual claims and damages asserted against Defendant Evanston Insurance Company in this action with prejudice, and the Court, being fully advised that the parties have reached a settlement in principle of all claims asserted in this action, finds that the joint *ore tenus* motion is well-taken and should therefore be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that all of Plaintiff's *Veasley* and extracontractual claims and damages asserted against Defendant in this action are hereby dismissed with full prejudice.

**SO ORDERED AND ADJUDGED** this 12th day of December, 2024.

_____
**District Court Judge**

**AGREED UPON BY:**

*/s/ Doug Morgan*
Doug Morgan, Esq.
D. Scott Murray, Esq.
*Attorneys for Defendant Evanston Insurance Company*

149775946.1

***/s/ Daniel A. Kramer***
Daniel A. Kramer, Esq.
*Attorney for Plaintiff Katherine Vidrine*

149775946.1  2